UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CORETTA JOHNSON | CIVIL ACTION NO. 25-cv-1766 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| AMAZON.COM SERVICES L L C | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Plaintiff's **Motion to Compel (Doc. 56)** is **denied**. Plaintiff's motion failed to identify any single discovery request for which Amazon's response was inadequate. A proper motion to compel requires the moving party to specifically identify each discovery request in dispute, ask the court for specific relief as to each request, and include a concise discussion of the facts and authority that support the motion as to each discovery request in dispute. Moller v. Martian Sales, Inc., 2026 WL 468815, at *4 n. 27 (E.D. La. 2026). It is not the court's job to root through 188 discovery requests to determine whether Amazon's response to each was appropriate.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 21st day of October, 2026.

Mark L. Hornsby
U.S. Magistrate Judge